In the Matter of PAUL J. McKINNON, as President of New York City Subway Police Association, et al., Appellants, against JOHN H. DELANEY et al., Constituting the Board of Transportation of the City of New York, et al., Respondents.

BROTHERHOOD OF RAILROAD SIGNALMEN OF AMERICA et al., Interveners, Respondents.

Argued October 6, 1942; decided October 29, 1942.

*Albert de Roode* for appellants.

*William C. Chanler, Corporation Counsel (Jeremiah M. Evarts* and *Paxton Blair* of counsel), for defendants-respondents.

*H. Eliot Kaplan* and *Samuel D. Smoleff* for interveners, respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.